IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNA KIRKPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv171-MHT |
| | ) | (WO) |
| GENEVA COUNTY BOARD OF | ) | |
| EDUCATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Based on the representations made in plaintiff Donna Kirkpatrick's brief (Doc. No. 35) in response to the court's order (Doc. No. 34) and defendants' motions to dismiss (Doc. Nos. 7, 10, and 12), it is ORDERED that Count 1 of plaintiff Donna Kirkpatrick's complaint, alleging a violation of her First Amendment right to free speech, is dismissed as to defendants William David Snell and Becky Birdsong, with plaintiff Kirkpatrick taking nothing on that claim against those defendants.  Count 1 remains pending against defendant Geneva County Board of Education.

DONE, this the 25th day of July, 2014.

                          /s/ Myron H. Thompson  
                        UNITED STATES DISTRICT JUDGE