IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DONNA KIRKPATRICK,             )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )       1:14cv171-MHT
                               )           (WO)
GENEVA COUNTY BOARD OF,        )
EDUCATION, et al.,             )
                               )
     Defendants.               )
```

## ORDER

In light of the amended complaint (doc. no. 51), it is ORDERED that the motions to dismiss and motions for summary judgment (doc. nos. 7, 10, 12, and 33) are denied without prejudice.

DONE, this the 30th day of March, 2015.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE