IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DONNA KIRKPATRICK,             )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )          1:14cv171-MHT
                               )              (WO)
GENEVA COUNTY BOARD OF,        )
EDUCATION, et al.,             )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Becky Birdsong's motion to dismiss (doc. no. 53) is granted.

(2) Defendant Birdsong is dismissed with prejudice and terminated as a party.

It is further ORDERED that costs are taxed against plaintiff Donna Kirkpatrick, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 6th day of October, 2015.**

                                    /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**